IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-152-1-FL

UNITED STATES OF AMERICA,   )
                            )
                            )
v.                          )       ORDER
                            )
                            )
BRANDON CARDEZ,             )

This matter is before the Court on the defendant's unopposed motion to continue arraignment in this matter. For good cause shown, the motion is GRANTED, and the arraignment is continued to this court's January 2016 arraignment term in New Bern.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 10th day of November, 2015.

KIMBERLY A. SWANK
United States Magistrate Judge